# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRUCE FRANCIS, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:17-CV-5663 |
| EXCEL SECURITY SERVICES, INC. | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by and through counsel, Plaintiff Bruce Francis, Jr. ("Plaintiff") DISMISSES WITH PREJUDICE his claims in this lawsuit in their entirety. Each party shall bear his or its own costs, including attorneys' fees in this litigation.

WHEREFORE, Plaintiff prays that the claims asserted in this suit be dismissed with prejudice, and that each party bears his or its own attorneys' fees and costs of court.

Date: June 6, 2018

Respectfully submitted,

/s/ Michael F. Tomasek
Michael F. Tomasek
TOMASEK LAW OFFICE, LLC
195 N. Front Street, Suite A
Braidwood, IL 60603
*Attorney for Plaintiff*

/s/ Paul J. Richards
Paul J. Richards
KAVANAUGH GRUMLEY & GORBOLD LLC
111 N. Ottawa Street
Joliet, IL 60432
*Attorney for Defendant*